NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHAPMAN LAW FIRM, LPA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5048

---

Appeal from the United States Court of Federal Claims in No. 1:09-CV-00891, Judge Marian Blank Horn.

---

**JUDGMENT**

---

JOHN M. MURDOCK, Benton, Potter & Murdock, PC, of Falls Church, Virginia, argued for plaintiff-appellant. With him on the brief were JANINE S. BENTON and ROSANNE E. STAFIEJ.

LAUREN S. MOORE, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, ROBERT E. KIRSCHMAN, JR.,

Director, PATRICIA M. MCCARTHY, Assistant Director, and GREGG M. SCHWIND, Senior Trial Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 17, 2014
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court